UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 22-696-SVW (KKx)** | Date: | May 13, 2022 |
| Title: | *Carla Phillips, et al. v. County of San Bernardino, et al.* | | |

Present: The Honorable  KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE

| DONNISHA BROWN | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** Order to Show Cause Why Plaintiffs' <u>In Forma Pauperis</u> Status Should Not Be Denied

  Plaintiffs Carla Phillips, Bry'Ann Lucious, Gregory Lucious, and M.M.E., M.E.1, M.E.2, C.E., and K.K.R. minors, by and through their Guardian Ad Litem Geraldean Herndon ("Plaintiffs") have filed a request to proceed <u>in forma pauperis</u> ("IFP Application") in connection with their civil rights Complaint for alleged violations of their Fourth and Fourteenth Amendment rights with affidavits in support of the IFP Application. Dkt. 4 (Bry'Ann Lucious); Dkt. 12 (Bry'Ann Lucious); Dkt. 13 (Gregory Lucious); Dkt. 14 (Geraldean Herndon); Dkt. 18 (Carla Phillips). However, not one of the affidavits is complete.

  The Court cannot determine whether Plaintiffs may proceed <u>in forma pauperis</u> until all plaintiffs and the guardian ad litem have submitted the appropriate **completed** declarations. Accordingly, if Plaintiffs wish to proceed with this lawsuit, **no later than May 20, 2022** Plaintiffs must (1) pay the full $402.00 filing fee; (2) file **complete** affidavits in support of their request for <u>in forma pauperis</u> status on form AO 239 (long form) or AO 240 (short form); or (3) show cause in writing why they are unable to do so. **Plaintiffs are expressly warned that their failure to timely comply with this Order may result in denial of their IFP Application and/or dismissal of this action without prejudice.**

  **IT IS SO ORDERED.**